# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Peerless Industries, Inc.

                       Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:11–cv–01768
　　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

Crimson AV, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 23, 2016:

      MINUTE entry before the Honorable Joan H. Lefkow:Jury trial held on 6/23/2016. Jury deliberations begin. Court addressed question of deliberating jurors in open court. Jury deliberations held and continued to 6/24/2016. (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.