IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PEERLESS INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 11 CV 1768 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| CRIMSON AV, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Jury deliberations held and concluded. Jury returns a verdict in favor of Crimson AV, LLC on plaintiff Peerless Industries, Inc's claim of misappropriation of trade secrets and its claim for damages based on infringement of U.S. Patent No. 7,823,850. Jury trial ends. Judgment is entered on the verdict. Costs are allowed to Crimson AV, LLC. Peerless Industries, Inc. shall take nothing on its claims. Civil case terminated.

(0:15)

Date: June 24, 2016 _____
U.S. District Judge Joan H. Lefkow