# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

PEERLESS INDUSTRIES, INC.,

Plaintiff(s),

v.

CRIMSON AV, LLC,

Defendant(s).

Case No. 11 CV 1768
Judge Joan Humphrey Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Crimson AV, LLC
and against plaintiff(s) Peerless Industries, Inc.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Joan Humphrey Lefkow presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge    on a motion

Date: 6/24/2016

Thomas G. Bruton, Clerk of Court

Michael Dooley , Deputy Clerk