UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| PEERLESS INDUSTRIES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>CRIMSON AV, LLC,<br><br>    Defendant. | Case No. 1:11-cv-1768<br><br>Honorable Joan H. Lefkow |

**STIPULATION OF FINAL JUDGMENT**

WHEREAS, this is an action for patent infringement, trade dress infringement, tortious interference with contract, civil conspiracy, and violations of the Illinois Trade Secrets Act, the Illinois Consumer Fraud and Deceptive Business Practices Act, and the Illinois Deceptive Trade Practices Act under U.S. and IL State laws ("the Litigation"), brought by Peerless Industries, Inc., ("Peerless" or "Plaintiff") against Crimson AV, LLC ("Crimson") and Vladimir Gleyzer ("Gleyzer") (Crimson and Gleyzer are collectively referred to herein as "Defendants");

WHEREAS, this Court has jurisdiction over the claims of the Litigation pursuant to 28 U.S.C. §§1331, 1338;

WHEREAS, Plaintiff has claimed in Count I of the Third Amended Complaint in the Litigation that Defendant Crimson has infringed claims of United States Patent No. 7,823,850, titled "Mounting Bracket," issued November 2, 2010 (the "'850 Patent" and "the Patent Claim");

WHEREAS, the parties stipulate and agree as follows:

Plaintiff and Defendant Crimson stipulate and agree to a finding of damages in the amount of $40,000, which will result in the entry of final judgment in favor of Plaintiff and against Crimson in the amount of $40,000, inclusive of all costs, for the Patent Claim;

Plaintiff and Defendant Crimson stipulate and agree that Crimson does not agree that the '850 Patent is valid or infringed by Crimson;

Plaintiff and Defendant Crimson stipulate and agree that all other rights of both parties on all other issues of the Litigation, including those to file post-trial motions and appeals, are fully preserved; and

Plaintiff and Defendant Crimson stipulate and agree that execution of the judgment contemplated herein shall be stayed pending exhaustion of all post-trial motions and appeals, and that Peerless will not execute on the judgment until all post-trial motions and appeals are exhausted, and that no bond will be required to stay this judgment pending appeals.

Dated: Chicago, Illinois
April 25, 2018

| | |
|---|---|
| */s/ Peter R. Ryndak* | */s/ Andrew M. Gross* |
| Joseph R. Marconi | James D. Dasso |
| Peter R. Ryndak | Andrew M. Gross |
| Victor Pioli | R. Spencer Montei |
| JOHNSON & BELL, Ltd. | FOLEY & LARDNER, LLP |
| 33 West Monroe Street | 321 North Clark Street |
| Suite 2700 | Suite 2800 |
| Chicago, Illinois 60603 | Chicago, Illinois 60654-5313 |
| (312) 372-0770 | (312) 832-4501 |
| (312) 372-9818 (fax) | |

M. Miles Sukovic
Sukovic Law Group, PC
423 Central Avenue
Northfield, Il 60093
(312) 810-5123
(847) 919-4606 (fax)

Jacques M. Dulin
Innovation Law Group, Ltd.
237 N. Sequim Ave.
Sequim, WA 98382
(360) 681-7305
(360) 809-0536 (cell)