UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEERLESS INDUSTRIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CRIMSON AV, LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:11-cv-1768 <br><br> Honorable Joan H. Lefkow |

**FINAL AGREED JUDGMENT OF PATENT INFRINGEMENT**

IT IS HEREBY ORDERED that the terms of the parties' Stipulation of Final Judgment are approved and adopted by the Court.

Judgment is hereby entered in favor of Plaintiff Peerless Industries, Inc. ("Peerless") and against Defendant Crimson AV, LLC ("Crimson") in the amount of $40,000, inclusive of costs, for infringement of U.S. Patent No. 7,823,850 (the "Patent Claim").

Date: APR 2 5 2018

_[signature]_
Honorable Joan H. Lefkow